**Jerry LINDSAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 45434.**

Missouri Court of Appeals,
Western District.

Feb. 16, 1993.

Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM:

Jerry Lindsay appeals from the judgment denying his amended Rule 27.26 postconviction motion following an evidentiary hearing conducted on September 20, 1991. Denial of Mr. Lindsay's amended Rule 27.26 motion is affirmed. Rule 84.16(b).